UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **TRANSPORTATION ORDER** |
| - v - | : | 23 Cr. 341 (JSR) |
| Geovanni Esparza, | : | |
| Defendant. | : | |

-----------------------------------x

Upon the application of **Geovanni Esparza**, by his attorney, **Tamara Giwa, Esq.**, Federal Defenders of New York, pursuant to 18 U.S.C. § 4285, and upon a finding of indigence and in the interests of justice, it is hereby

**ORDERED** that the United States Marshals Service furnish Geovanni Esparza with funds to cover the cost of airfare from San Francisco, California to New York, New York in advance of Mr. Esparza's upcoming court date on Tuesday, September 19, 2023 at 4:30 pm, arriving in New York no earlier than 7:30 am and no later than 1 pm on Tuesday, September 19, 2023; and it is hereby further

**ORDERED** that the aforesaid expense shall be paid by the United States Marshals Service.

Dated:   New York, New York
         September 14, 2023

SO ORDERED:

*Jed Rakoff*
_____
HONORABLE JED S. RAKOFF
United States District Judge