UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>GEOVANNI ESPARZA,<br><br>Defendant. | ORDER<br><br>23 Cr. 341 (JSR) |

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before Magistrate Judge Jennifer E. Willis on September 20, 2023;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for December 21, 2023, at 11 a.m.

SO ORDERED:

Dated: New York, New York

9/29/23

_____
HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK